FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

SEP 3 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM SYLVESTER RADCLIFFE, Inmate # 1146945, Petitioner, | PRISONER HABEAS CORPUS 28 U.S.C. § 2254 |
| v. | CIVIL ACTION NO. 1:07-CV-1731-TWT |
| TIMOTHY WARD, Warden, Respondent. | |

## ORDER AND OPINION

Petitioner, William Sylvester Radcliffe, an inmate at the Rogers State Prison in Reidsville, Georgia, seeks via 28 U.S.C. § 2254 to challenge the constitutionality of his October 31, 2005, convictions in the Douglas County Superior Court for possession with the intent to distribute cocaine, selling cocaine, and using a cell phone to facilitate the sale of cocaine. Presently before the Court for consideration is a letter which the Clerk has construed as a motion to voluntarily withdraw the petition without prejudice [Doc. 10] filed by Petitioner. In his motion, Petitioner seeks to dismiss his habeas corpus petition so that he may present his claims in a state habeas corpus petition. Accordingly, Petitioner's motion to dismiss [Doc. 10]

is hereby **GRANTED** and Petitioner's petition for habeas corpus is hereby **DISMISSED WITHOUT PREJUDICE.**

     **IT IS SO ORDERED**, this _3_ day of _August_, 2008.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)